UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., <br><br> Plaintiff, <br><br> v. <br><br> EXCEL REALTY INC., <br><br> Defendant. | Case No. 23-cv-06619-JSC <br><br> **PRETRIAL ORDER NO. 1: INITIAL CASE SCHEDULE** |

Following the further case management conference held on May 16, 2024 the Court ORDERS the following deadlines:

| | |
|---|---|
| Class Certification Motion: | January 28, 2025 |
| Private Mediation Deadline: | February 18, 2025 |
| Designation of Experts (non-class certification): | April 29, 2025 |
| Rebuttal Expert Disclosure (non-class certification): | May 20, 2025 |
| Close of Fact and Expert Discovery: | June 3, 2025 |
| Dispositive Motion Filing Deadline: | 60 days after certification ruling |

The Court will hold a further case management conference on October 3, 2024 at 1:30 p.m. via Zoom video. An updated Joint Case Management Conference Statement is due September 26, 2024. The Court will be particularly interested in the status of discovery and preparation for private mediation.

**IT IS SO ORDERED.**

Dated: May 16, 2024

JACQUELINE SCOTT CORLEY
United States District Judge